October 26, 1977

379 A.2d 574

Bernstein (et al., Appellant) v. West Philadelphia Federal Savings & Loan Association.

Argued December 9, 1976. Murry Powlen, for appellant; Harvey A. Sernovitz, with him Astor & Weiss, for appellee, Bernstein; No appearance entered nor brief submitted for appellee, West Philadelphia Federal Savings & Loan Association.

Decree affirmed.